442

PER CURIAM.

(No. 75-CC-856—

HEINEMANN'S, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed March 24, 1975.*

HEINEMANN'S, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PER CURIAM.